## WILLIAM CRANDALL vs. *Mermaid*, 1746

COLONY OF RHODE ISLAND ETC.   At a Court of Vice Admiralty held at Newport, In S^d Colony, On Friday the 29th day of Aug^st 1746. At 3 o the Clock P. M. Before the Hon^ble William Strengthfield Esq^r D. Judge The Court being opened and adjourned untill Tuesday next at 3 o the Clock P: M and opened accordingly Mr James Honeyman Comes into Court and Enacts and binds himself to pay Costs of Court, In case the Judge orders the Respondent to be acquitted

J Honeyman

W^m Crandall being sworn in Court, declares etc. Jon^a Yeatt being sworn, mate of the Brig^n Mairmaid

Langstaff Potter Cooper on board the Mairm^d being sworn in Court.

*Ques:* what knowledge have you of the appellants coming on board y^r Vessel at Jamaica.

*An^r* That while at Jam^a the s^d Crandall came on b^d the Vessel in the morning, and the next day, at night the deponent came on board, and the s^d Crandall and I had some words, upon w^h the Cap^t called up Crandall, and told him he must not come on board to Quarrel, and must look out for another birth, and that he would pay him for what he had done, and when we were off black River, or bore away to go in, he flipt his fingers, and said now for a better Vessel I asked him whether he would go home with us, no he said he would go home with Cap^t Willcoks, The boat was sent the morning on b^d Cap^t Willcok's for a Pilot, with Four hands of w^h Crandall was one, and the s^d Crandall did not come on board again

*Ques.* What was the difference between you and Crandall.

*An<sup>r</sup>* I dont know

*Ques:* How long was Crandall on board y<sup>r</sup> Vessel.

*An<sup>r</sup>* Above Two Months

*Ques:* Was he Sick or well.

*An<sup>r</sup>* he was Sick the greatest part of the time being taken Sick about 3 weeks after he came on board. I further heard the Cap<sup>t</sup> say, the night after the difference arose, the Cap<sup>t</sup> told S<sup>d</sup> Crandall, he might stay on board a fortnight or three weeks, and that he did not mind his Victualls for that time.

*Ques.* Did the s<sup>d</sup> W<sup>m</sup> Crandall, come on Shore in the boat and act as a hand on board whilst you lay at Jam<sup>a</sup>

*An<sup>r</sup>* yes. Langstaff Potter

Tho<sup>s</sup> Waley Mar<sup>r</sup> being sworn in court

*Ques:* What knowledge have you of Crandall's comeing on board y<sup>r</sup> Vessel at Jamaica.

*An<sup>r</sup>* The Second day after he came on board at Jam<sup>a</sup> there was some difference in the evening below. I think between the Cooper and Crandall, The Cap<sup>t</sup> came out of the Round house and said he would have no differ<sup>ce</sup> on board the Vessel, and he would pay him for what work he had done, and that he might look out for another Vessel.

*Ques.* Whether after the difference did he act as a mar<sup>r</sup> on board s<sup>d</sup> Vessel as did his duty as Such.

*Ans<sup>r</sup>* He work on board the s<sup>d</sup> Vessel as much as any man whilst he was well, w<sup>h</sup> was about a Fortnight

*Ques.* What further knowledge have you of this affair

*An<sup>r</sup>* When we were going into black River, I heard him say he intended to leave the vessel and go on board of Cap<sup>t</sup> Willcocks, and when we came to the mouth of black River, and came to anchor, The Cap<sup>t</sup> ordered the boat to go for a Pilot, The s<sup>d</sup> Crandall, the Depo. and 2 others went in the boat on b<sup>d</sup> Cap<sup>t</sup> Willcocks, but he was not on board. They asked Crandall to go on Shore to look for Willcocks but he refused, we went on Shore without him but could not find Cap<sup>t</sup> Willcock and returned on board Willcocks Vessel again, we asked s<sup>d</sup> Crandall again to go on b<sup>d</sup> our Vessel, but he still refused and we returned on board our Vessel w<sup>h</sup> was under Sail and when we came on board the Brig<sup>t</sup> Cap<sup>t</sup> Hart asked where was the other hand, we said he was on board of Cap<sup>t</sup> Willcocks. The same day in the evening Cap<sup>t</sup> Hart went a Shore, and at night when the boat was comeing of, Crandall came on board the boat, the Cap<sup>t</sup> asked who was there, and where he was going he said he

W<sup>m</sup> Crandal being Sworn in Court declares that he Entered on board the Brig<sup>n</sup> Mairm<sup>d</sup> whereof W<sup>m</sup> Hart was master The sixth day of Feby. 1745. at Jamaica, at the monthly wages of Ten pounds, and did his duty on board as a Mar<sup>r</sup> untill the Ninth day of May 1746

Newport Oct^r 24th 1746.

Samuel Durfey of Tivertown one of the people called Quakers affirmed as follows. I was at the House of Cap^t W^m Hart on or about the First day of August last past after some conversation with the s^d Hart I asked him some Questions concerning W^m Crandall, he talked very slightly of the S^d Crandall and told me if he had not been a good for nothing Fellow he might as well have had Sixty pounds due to him as nothing. He also told me the s^d Crandall came to him in Jamaica, and desired to be shipt to proceed to Rh^d Is^d the s^d Hart seemed at first to be unwilling, and told him he had gott all his hands, The s^d Crandall told him he had rather come with him than any person else, as he had sailed with him before, accordingly the s^d Hart told him he might go to work, and he would allow him; The s^d Crandall then asked him what he would allow him, The s^d Hart told him he would allow him Ten pounds per month, The s^d Crandall thought it too little, but went to work, about a Two weeks, And took on board about Twenty Hog^ds, and then the s^d Crandall was taken Sick, and confined to his Cabbin about Six weeks, The s^d Hart further told me that he went to another part of the Island, near where one Tho^s Willcocks lay with his Vessel and sent up his boat with four hands on board of Willcocks for a Pilot to come into the Harbour, of w^h the S^d Crandall was one, and his boat returned without him and his people told the s^d Hart that Crandall intended to go home with Willcocks, and afterwards the s^d Hart was on Shoar and came down to his boat, and Crandall was on board, and the S^d Hart said How now Crandall what do you do here on board my boat, The s^d Crandall told him he was going on board his Vessel, The S^d Hart asked him for what, He told him to come home with him, Hart told him to gett out of the boat for he should not go home with him, The S^d Crandall seemed to be unwilling, and Hart told him if he did not go out directly he would break his head, accordingly the s^d Crandall got out of the boat, and asked him to lett him have his Cloaths if he would not lett him come home with him The s^d Hart at first told him it lay in his option, but afterwards lett him have them.